IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-50587
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

EDWARD R. BARRON,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. SA-93-CR-267
- - - - - - - - - -
May 21, 1996

Before SMITH, BENAVIDES and DENNIS, Circuit Judges.

PER CURIAM:[*]

Edward R. Barron appeals the district court's denial of his motion pursuant to former FED. R. CRIM. P. 35 for reduction of an award of restitution. Barron has failed to show that the order of restitution was illegal or that the district court abused its discretion by denying his motion. United States v. Holley, 32 F.3d 902, 914 (5th Cir.), cert. denied, 115 S. Ct. 635 (1994) and 115 S. Ct. 737 (1995); United States v. Tooker, 747 F.2d 975, 978

_____

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

(5th Cir. 1984), <u>cert. denied</u>, 471 U.S. 1021 (1985).  Barron has filed a motion to expedite his appeal which is DENIED AS MOOT.

AFFIRMED.